KNIGHT *v.* SUDDETH & CRENSHAW.

BECK, J.   1. The remedy afforded by the provisions in the Civil Code, § 3628, for attacking a deed upon the ground of forgery, is merely cumulative. *Sibley* v. *Haslam,* 75 *Ga.* 493.

2. Upon an interlocutory hearing of an equitable petition for injunction the provisions of the above section of the code are not applicable; nevertheless any deed, ancient or modern, which is offered as a muniment of title, may be attacked as a forgery by any competent evidence submitted to the judge of the superior court hearing the application.

3. One of the deeds in the case at bar, which was a necessary link in the plaintiff's chain of title, having been attacked for forgery, and the evi-

dence upon that issue being conflicting, this court will not disturb the judgment of the lower court in denying the injunction prayed for. *Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

> Submitted March 3,—Decided August 13, 1906.

Petition for injunction. Before Judge Mitchell. Berrien superior court. August 3, 1905.

*W. G. Harrison* by *Z. D. Harrison,* for plaintiff.
*Quincey & McDonald,* for defendants.